# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 634 MAL 2021

         Respondent              :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

         v.                        :

                               :

KENNETH LEE BROWN,          :

                               :

         Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.